UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> NANOLEAF CANADA LTD., <br><br> Defendant. | Case No. 1:25-cv-3342-JAV-KHP <br><br> **MOTION TO WITHDRAW APPEARANCE** |

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned respectfully moves to withdraw the appearance of Michael Solomita on behalf of Defendant NANOLEAF CANADA LTD. (Nanoleaf). There is good cause for the Court to grant this motion. Nanoleaf continues to be represented by attorneys Arthur Licygiewicz and Patrick Ryan Short of Norton Rose Fulbright US LLP who have been admitted pro hac vice in the above-captioned action. Additionally, Nanoleaf is aware and consents to the instant motion.

WHEREFORE, the undersigned hereby moves that Michael Solomita's appearance be withdrawn.

Date: July 11, 2025

Respectfully submitted,

*/s/ Michael Solomita*
Michael Solomita
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5420
michael.solomita@nortonrosefulbright.com

*Attorneys for Defendant*